FUTRELL v. RESINALL CORP.

No. 399A02

Case below: 151 N.C. App. 456

Motion by defendant for reconsideration of order granting discretionary review denied 4 November 2002.

GODFREY LUMBER CO. v. HOWARD

No. 486P02

Case below: 151 N.C. App. 738

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

HARRIS v. STAMEY

No. 474P02

Case below: 151 N.C. App. 747

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

HERRING v. KEASLER

No. 341P02

Case below: 150 N.C. App. 598

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

HILL v. TAYLOR

No. 195P02

Case below: 149 N.C. App. 488

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.